# Court of Appeals
# of the State of Georgia

ATLANTA, February 24, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0630. JOHNSON et al v. ROGERS.**

Appellee's Motion to Remand this case to the trial court for resolution of a pending motion to dismiss appellants' appeal based upon their failure to pay costs timely is hereby GRANTED. Cf. *J. Kinson Cook of Georgia, Inc. v. Heery/Mitchell*, 284 Ga. App. 552 (644 SE2d 440) (2007); *Lawal v. State*, 273 Ga. App. 891 (616 SE2d 205) (2005).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 02/24/2017*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*